United States District Court

Eastern District of California

United States of America,

    Plaintiff,          No. Mag. 05-155 PAN

  vs.                 Detention Order

Alejandro Lara-Chavez,

    Defendant.

-oOo-

A.    <u>Order For Detention</u>

    After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.    <u>Statement Of Reasons For The Detention</u>

    The Court orders the defendant's detention because it finds:

    _____    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

    __X__    By clear and convincing evidence that no condition or combination of conditions will reasonably assure

the safety of any other person and the community.

C. <u>Findings Of Fact</u>

The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

  __x__   (1) Nature and Circumstances of the offense charged.

        __x__   (a) The crime.

        _____   (b) The offense is a crime of violence.

        _____   (c) The offense involves a narcotic.

        _____   (d) The offense involves a large amount of controlled substances.

  __x__   (2) The weight of the evidence against the defendant is high.

  __x__   (3) The history and characteristics of the defendant including:

      _____(a) General Factors:

            _____   The defendant appears to have a mental condition which may affect whether the defendant will appear.

            _____   The defendant has no family ties in the area.

            _____   The defendant has no steady employment.

            _____   The defendant has no substantial financial resources.

            _____   The defendant is not a long time resident of the community.

            _____   The defendant does not have any significant community ties.

            __x__   Past conduct of the defendant: parole violation.

            _____   The defendant has a history relating to

```
                              drug abuse.

       __X__          The defendant has a significant prior
                      criminal record.

       _____          The defendant has a prior record of
                      failure to appear at court proceedings.

   (b) Whether the defendant was on probation,
       parole, or release by a court;

   At the time of the current arrest, the defendant was on:

       _____          Probation.

       _____          Parole.

       _____          Release pending trial, sentence, appeal
                      or completion of sentence.

   (c) Other Factors

       __x__          The defendant is an illegal alien and is
                      subject to deportation.

       _____          The defendant is a legal alien and will
                      be subject to deportation if convicted.

       _____          Other:

_____  (4)  Rebuttable Presumptions
```

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

```
       _____   (a) (1) The crime charged is one described in
                       § 3142(f)(1)

               _____   (A) a crime of violence; or

               _____   (B) an offense for which the maximum
                       penalty is life imprisonment or
                       death; or

               _____   (C) a controlled substance violation
                       that has a maximum penalty of ten
                       years or more; or
```

3

```
                            _____     (D) a felony and defendant
                                          previously was convicted of two or
                                          more of the offenses described in
                                          (A) through (C) above and

                       (2) Defendant previously has been convicted
                           of one of the crimes listed in
                           subparagraph (1)(A)-(C), above and

                       (3) The offense referred to in subparagraph
                           (2) was committed while defendant was on
                           release pending trial and

                       (4) Not more than five years has elapsed
                           since the date of conviction or release
                           from imprisonment for the offense
                           referred to in subparagraph (2).

            _____     (b) There is probable cause to believe that
                          defendant committed an offense for which
                          a maximum term of imprisonment of ten
                          years or more is prescribed

                   _____   in the Controlled Substances Act, 21
                           U.S.C. §§ 801, et seq.,

                   _____   the Controlled Substances Act , 21 U.S.C.
                           §§ 951, et seq.,

                   _____   the Maritime Drug Law Enforcement Act, 46
                           U.S.C. App. §§ 1901, et seq., or

                   _____   an offense under 18 U.S.C. §§ 924(c),
                           956(a), or 2332b.

                   _____   an offense under 18 U.S.C. §§ 1201, 1591,
                           2241, 2242, 2244(a)(1), 2245, 2251,
                           2251A, 2252(a)(1), 2252(a)(2),
                           2252(a)(3), 2252A(a)(1), 2252A(a)(2),
                           2252A(a)(3), 2252A(a)(4), 2260, 2421,
                           2422, 2423 or 2425.
```

D.   <u>Additional Directives</u>

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or

1  being held in custody pending appeal; and

2      The defendant be afforded reasonable opportunity for private consultation with his counsel; and

3

4      That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6

7      Dated: June 1, 2005.

8

9                                               /s/ Peter A. Nowinski

10                                                  Peter A. Nowinski
                                                Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26